United States Courts
Southern District of Texas
FILED
*October 27, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. M-26-3331** |
| | § | |
| **KAREN HINOJOSA MARTINEZ** | § | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

On or about May 13, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**KAREN HINOJOSA MARTINEZ**

did knowingly make a false statement under oath, in a case, proceeding and matter relating to, under, and by virtue of a law of the United States relating to naturalization, citizenship or registry of aliens, to wit: "in Part 9, on page 6 of her Form N-400, Application for Naturalization, the Defendant falsely answered "No" when asked if she "EVER registered to vote or voted in any Federal, state, or local election in the United States."

In violation of Title 18, United States Code, Section 1015(a).

A TRUE BILL

______________________________
FOREPERSON

AARON F. REITZ
UNITED STATES ATTORNEY

______________________________
ASSISTANT UNITED STATES ATTORNEY