**U.S. Department of Justice** **Criminal Docket**
Washington, D.C.
10/21/2026/bg

McALLEN Division

CR. No. M-26-3331

**INDICTMENT** Filed: October 27, 2026

Judge: JOHN GE MARCK

County: Hidalgo

Lions #: **2026R10161**

UNITED STATES OF AMERICA

v.

KAREN HINOJOSA MARTINEZ

**--WARRANT--**

Attorneys:

AARON F. REITZ, UNITED STATES ATTORNEY

SARINA DIPIAZZA, ASST. U.S. ATTORNEY

Ct. 1

Charge(s): Ct. 1: Knowingly making a false statement under oath in any matter concerning U.S. naturalization, citizenship, or alien registry
Title 18, United States Code, Section 1015(a)

Total Counts
**(1)**

Penalty: Ct. 1: Imprisonment for not more than 5 yrs. and/or a fine not to exceed $250,000 and not more than a 5 yr. SRT

Agency: Homeland Security Investigations – Perryn Huth - FPD05P426FD0001

Proceedings

Date