U.S. Department of Justice
United States Attorney

United States District Court
Southern District of Texas
**ENTERED**
[redacted], 2026
Nathan Ochsner, Clerk

# United States District Court
# SOUTHERN District of Texas
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | GRAND JURY NO. 64 |
| V. | § | |
| | § | CRIMINAL NO. **M-26-3331** |
| KAREN HINOJOSA MARTINEZ | § | |

## ORDER FOR BENCH WARRANT
## AND SETTING AMOUNT OF BAIL

It appears to the Court that an sealed indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

| DEFENDANT | AMOUNT OF BAIL |
|---|---|
| KAREN HINOJOSA MARTINEZ | No Bond / Pending Bond Determination Hearing |

ENTERED at McAllen, Texas, this 27th day of October 2026.

UNITED STATES MAGISTRATE JUDGE