United States District Court
Southern District of Texas
**ENTERED**
November 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 7:26-cr-3331** |
| | § | |
| **KAREN HINOJOSA MARTINEZ** | § | |

## ORDER OF RECUSAL

I stand recused in this case. Court settings are vacated.

SIGNED on November 6, 2026.

**JOHN G.E. MARCK**
**UNITED STATES DISTRICT JUDGE**

## NOTICE OF REASSIGNMENT

This case is reassigned to:

Chief Judge Randy Crane
**UNITED STATES DISTRICT JUDGE**

NATHAN OCHSNER
United States District Clerk

Date: 11/06/2026

By: Alma D. Garcia
Deputy Clerk